ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
STEVEN M. LIPPOLD, OSB #903239
Chief Trial Counsel
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
        Steve.Lippold@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN ROSENBLUM, Oregon Attorney General,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOES 1-10; the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; the UNITED STATES MARSHALS SERVICE and the FEDERAL PROTECTIVE SERVICE,<br><br>    Defendants. | Case No.<br><br>DECLARATION OF MARK PETTIBONE IN SUPPORT OF ROSENBLUM'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Mark Pettibone, declare:

Page 1 -   DECLARATION OF MARK PETTIBONE IN SUPPORT OF ROSENBLUM'S MOTION
           FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
           SP3/db5/#10342025-v1A

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1. I am a resident of Portland, Oregon and a citizen of the United States of America. I make this affidavit based on my own personal knowledge and I am competent to testify about the matters contained in this declaration.

2. In the early morning of July 15, 2020, around 2:00 a.m., I was walking home in downtown Portland after peacefully taking part in a demonstration in support of Black Lives Matter.

3. Without warning, men in green military fatigues and adorned with generic "police" patches, jumped out of an unmarked minivan and approached me.

4. I did not know whether the men were police or far-right extremists, who, in my experience, frequently don military-like outfits and harass left-leaning protesters in Portland. My first thought was to run. I made it about a half-block before I realized there would be no escape from them.

5. I sank to my knees and put my hands in the air

6. I was detained and searched by these men. One man asked me if I had any weapons. I did not. They drove me to the federal courthouse in Portland and placed me in a holding cell. Two officers read my Miranda rights to me and asked if I would waive those rights to answer a few questions. I refused to waive my rights.

7. No one told me why I had been detained, provided me with any record of an arrest, or explained what probable cause they had to detain me.

8. As far as I know, I have not been charged with any crimes.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July 17, 2020.

_____
MARK PETTIBONE

Page 2 -   DECLARATION OF MARK PETTIBONE IN SUPPORT OF ROSENBLUM'S MOTION
           FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
SP3/db5/#10342025-v1A