

UNITED STATES DISTRICT COURT
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | July 20, 2020 |
| Case Number: | 3:20−cv−01161−MO |
| Case Title: | Rosenblum v. John Does 1−10 et al |

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Marco A. Hernandez to the Honorable Michael W. Mosman, United States District Judge. Information on this case may be obtained from the following:

      Courtroom Deputy:    Dawn Stephens 503−326−8024
                                    Kara Scheele 503−326−8031
                                    Email: chambers_mosman@ord.uscourts.gov

      Docket Information:    Telephone: 503−326−8050

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Mosman's initials (MO) will replace the previous judge's initials in this case.

                                                            **MARY L. MORAN**
                                                            **Clerk of Court**

cc:    Judge Mosman
       Counsel of Record