ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
STEVEN M. LIPPOLD, OSB #903239
Chief Trial Counsel
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
             Steve.Lippold@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN F. ROSENBLUM, Oregon Attorney General,<br><br>            Plaintiff,<br><br>       v.<br><br>JOHN DOES 1-10; the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; the UNITED STATES MARSHALS SERVICE and the FEDERAL PROTECTIVE SERVICE,<br><br>            Defendants. | Case No.  3:20-cv-01161-MO<br><br>DECLARATION OF SHEILA POTTER |

I, Sheila Potter hereby declare:

1. I am the Deputy Chief Trial Counsel for the Oregon Department of Justice. I make the following statements of my own knowledge.

Page 1 -   DECLARATION OF SHEILA POTTER
           SP3/db5/#10343680

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

2. An accurate copy of Donald Trump's June 26 Executive Order on Protecting American Monuments, Memorials, and Statues and Combating Recent Criminal Violence is attached as Exhibit 1.

3. An accurate copy of a written statement by Acting Secretary of the Department of Homeland Security Chad Wolf, published online at the Federalist website, is attached as Exhibit 2. It may be found online at https://thefederalist.com/2020/07/03/homeland-security-chief-to-attack-our-monuments-is-to-attack-america/.

4. An accurate copy of an Oregon Public Broadcasting report is attached as Exhibit 3. It may be found online at https://www.opb.org/news/article/police-violence-portland-protest-federal-officers/.

5. An accurate copy of a Willamette Week article is attached as Exhibit 4. It may be found online at https://www.wweek.com/news/2020/07/13/president-trump-says-portland-protest-was-totally-out-of-control-but-that-the-feds-very-much-quelled-it/.

6. The video referenced on page 4 of the Motion for Temporary Restraining Order is an attachment to a Twitter post that may be found at https://twitter.com/SenJeffMerkley/status/1283852273089683464.

7. A copy of the statement by Defendant U.S. Customs and Border Protection issued July 17, which appears to respond to the video linked in paragraph 6, is attached as Exhibit 5. It may be found at https://www.cbp.gov/newsroom/speeches-and-statements/statement-cbp-response-portland-oregon.

8. The second video referenced and hyperlinked in the Motion, on page 5, is an attachment to a Twitter post that may be found at https://twitter.com/RedNationRising/status/1284214152316293121?s=20.

9. An accurate copy of an Oregon Public Broadcasting report is attached as Exhibit 6. It may be found online at https://www.opb.org/news/article/federal-law-enforcement-unmarked-vehicles-portland-protesters/.

Page 2 -    DECLARATION OF SHEILA POTTER
           SP3/db5/#10343680

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

10.     An accurate copy of a Washington Post report is attached as Exhibit 7. It may be found online at https://www.washingtonpost.com/national/federal-officials-dismiss-portland-leaders-calls-to-leave-city-as-clashes-with-protesters-continue/2020/07/19/ebb7236a-c9f0-11ea-91f1-28aca4d833a0_story.html

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July  20 , 2020.

                                                  *s/ Sheila H. Potter*
                                                  SHEILA POTTER

Page 3 -    DECLARATION OF SHEILA POTTER
            SP3/db5/#10343680

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000