Official website of the Department of Homeland Security

(https://www.facebook.com/CBPgov/) (https://www.instagram.com/cbpgov/) (https://www.flickr.com/photos/cbpphotos/) (https://twitter.com/cbp) (https://www.linkedin.com/company/2997?trk=tyah) (https://www.youtube.com/user/customsborderprotect) (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new)

U.S. Customs and Border Protection (/)

# Statement on CBP Response in Portland, Oregon

**Release Date:** July 17, 2020

"While the U.S. Customs and Border Protection (CBP) respects every American's right to protest peacefully, violence and civil unrest will not be tolerated. Violent anarchists have organized events in Portland over the last several weeks with willful intent to damage and destroy federal property, as well as injure federal officers and agents. These criminal actions will not be tolerated.

CBP agents had information indicating the person in the video was suspected of assaults against federal agents or destruction of federal property. Once CBP agents approached the suspect, a large and violent mob moved towards their location. For everyone's safety, CBP agents quickly moved the suspect to a safer location for further questioning. The CBP agents identified themselves and were wearing CBP insignia during the encounter. The names of the agents were not displayed due to recent doxing incidents against law enforcement personnel who serve and protect our country.

The Department of Homeland Security (DHS) and its components will continue to work tirelessly to reestablish law and order. The Federal Protective Service (FPS) is the lead government agency that CBP personnel are supporting. CBP personnel have been deployed to Portland in direct support of the Presidential **Executive Order (https://urldefense.com/v3/__https:/www.whitehouse.gov/presidential-actions/executive-order-protecting-american-monuments-memorials-statues-combating-recent-criminal-violence/__;!!PIZeeW5wscynRQ!8arL-Ny8Eu1pHdWDPnLe_enVN0EVGUpIDVd7xQYba2Ot9YSJzmTPnRciY-C8EJOl$)** and the newly established DHS Protecting American Communities Task Force (**PACT (https://urldefense.com/v3/__https:/www.dhs.gov/news/2020/07/01/dhs-announces-new-task-force-protect-american-monuments-memorials-and-statues__;!!PIZeeW5wscynRQ!8arL-Ny8Eu1pHdWDPnLe_enVN0EVGUpIDVd7xQYba2Ot9YSJzmTPnRciY5q8C5wa$)**). CBP law enforcement personnel have been trained and cross designated under FPS legal authority 40 U.S.C. § 1315."

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the management, control and protection of our nation's borders at and between official ports of entry. CBP is charged with securing the borders of the United States while enforcing hundreds of laws and facilitating lawful trade and travel.*

**Last modified:** July 17, 2020

 Share This Page.

EXHIBIT 5, Page 1 of 1
DECLARATION OF SHEILA POTTER
Case No. 3:20-cv-01161-MO