ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
STEVEN M. LIPPOLD, OSB #903239
Chief Trial Counsel
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sheila.Potter@doj.state.or.us
       Steve.Lippold@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN ROSENBLUM, Oregon Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10; the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; the UNITED STATES MARSHALS SERVICE and the FEDERAL PROTECTIVE SERVICE,<br><br>Defendants. | Case No. 3:20-cv-01161-MO<br><br>SECOND DECLARATION OF MARK PETTIBONE IN SUPPORT OF ROSENBLUM'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Mark Pettibone, declare:

Page 1 - SECOND DECLARATION OF MARK PETTIBONE IN SUPPORT OF ROSENBLUM'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
SP3/db5/#10342025-v1A

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1.  I am a resident of Portland, Oregon and a citizen of the United States of America. I make this affidavit based on my own personal knowledge and I am competent to testify about the matters contained in this declaration.

2.  I was terrified when an unmarked van stopped near me and men in military fatigues jumped out and approached me without identifying themselves.

3.  At the time I was abducted by these individuals, I was not wearing a helmet. I was wearing eyeglasses.

4.  As far as I am aware, there is no video of my abduction.

5.  I have seen a widely circulated video of a person who, like me, was detained and placed into an unmarked minivan by two individuals wearing military-like fatigues. That person was wearing a black helmet and was not wearing eyeglasses. That person is not me.

6.  I was detained for ~~over~~ up to two hours. [MP]

7.  No one informed me [MP] as to which agency had abducted, detained or questioned me. I am still unaware as to which agency or agencies were involved in my abduction, detention and questioning.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July 20, 2020.

_____
MARK PETTIBONE

Page 2 -  SECOND DECLARATION OF MARK PETTIBONE IN SUPPORT OF ROSENBLUM'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
SP3/db5/#10342025-v1A