ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
STEVEN M. LIPPOLD, OSB #903239
Chief Trial Counsel
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
        Steve.Lippold@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN F. ROSENBLUM, Oregon Attorney General,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-10; the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; the UNITED STATES MARSHALS SERVICE and the FEDERAL PROTECTIVE SERVICE,<br><br>  Defendants. | Case No.  3:20-cv-01161-MO<br><br>DECLARATION OF STEPHANIE DEBNER |

1.  My name is Stephanie Debner. I make this declaration in support of Oregon Attorney General Ellen Rosenblum's Motion for Temporary Restraining Order in the above captioned action..

Page 1 -  DECLARATION OF STEPHANIE DEBNER
    SP3/db5/#10343420

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

...


2. I am a resident of the State of Oregon and have been since 2006. I currently reside in Multnomah County. I am employed in Multnomah County in the field of post-secondary education.

3. I have participated in public community events, including such activities in Portland, Oregon. During such events I have felt safe in the exercise of my rights to assemble and express my views on political, cultural, and social matters. I have never been arrested or detained by law enforcement as a result of participation in such an event.

4. On or about July 17, 2020 I learned via social media and news reports that multiple armed, unidentified individuals with military or quasi-military equipment detained an unarmed, non-resisting pedestrian in downtown Portland, forced him into an unmarked vehicle, and departed without identifying themselves to the individual detained, or bystanders.

5. I have seen the video of what I understand to be the incident described above.

6. Since that time I have learned additional information indicating that the armed persons who detained the pedestrian were employed by one or more federal agencies.

7. I was prepared to participate in the protest events in Portland on the evening of July 19, 2020; I was prepared for the discomfort of being in a large crowd and other ordinary risks of attending an event like this. However, I do not feel safe participating in Black Lives Matter rallies or other community events in the vicinity of the Mark Hatfield Federal Courthouse in Portland due to the risk of being detained by unidentified paramilitary personnel.

8. The lack of explanation given for detaining pedestrians, the unidentified armed individuals, and unmarked vehicle associated with the events above causes me to fear being in the vicinity of the federal courthouse during BLM and anti-police brutality events and assemblies.

//

//

Page 2 -    DECLARATION OF STEPHANIE DEBNER
SP3/db5/#10343420

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

9. I do not feel comfortable with the risk of being abruptly detained for an indefinite period because I am the primary wage-earner in my household and have several health conditions that require regular and timely medication.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on July 20, 2020.

*Stephanie Debner*
Stephanie Debner

Page 3 -   DECLARATION OF STEPHANIE DEBNER
SP3/db5/#10343420

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000