ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
STEVEN M. LIPPOLD, OSB #903239
Chief Trial Counsel
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
          Steve.Lippold@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN F. ROSENBLUM, Oregon Attorney General, | Case No.  3:20-cv-01161-MO |
| Plaintiff, | NOTICE WITHDRAWING EVIDENCE IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| JOHN DOES 1-10; the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; the UNITED STATES MARSHALS SERVICE and the FEDERAL PROTECTIVE SERVICE, | |
| Defendants. | |

Plaintiff has been alerted and has confirmed that one of the video links referred to in her

Motion for a Temporary Restraining Order must be withdrawn as it depicts an event that

occurred in San Diego, California and not Portland Oregon.  The video is mentioned on page 5

of the motion, in the second full paragraph beginning, "In yet another video . . .".

Page 1 -    NOTICE WITHDRAWING EVIDENCE IN SUPPORT OF MOTION FOR TEMPORARY
              RESTRAINING ORDER
SP3/db5/#10346156

This error was unintentional and thought to have been of an event that occurred in Portland, Oregon.  Plaintiff's counsel apologizes to the court and opposing counsel.

DATED July  21 , 2020.

Respectfully submitted,
ELLEN F. ROSENBLUM
Attorney General

_s/ Steven M. Lippold_
SHEILA H. POTTER #993485
Deputy Chief Trial Counsel
STEVEN M. LIPPOLD, OSB #903239
Chief Trial Counsel
Trial Attorneys
Sheila.Potter@doj.state.or.us
Steve.Lippold@doj.state.or.us
Of Attorneys for Plaintiff

Page 2 -    NOTICE WITHDRAWING EVIDENCE IN SUPPORT OF MOTION FOR TEMPORARY
RESTRAINING ORDER
SP3/db5/#10346156