

**THE UNITED STATES ATTORNEY'S OFFICE**
**DISTRICT of OREGON**

U.S. Attorneys » District of Oregon » News

**Department of Justice**

U.S. Attorney's Office

District of Oregon

FOR IMMEDIATE RELEASE                                Tuesday, July 7, 2020

## Seven Arrested, Facing Federal Charges After Weekend Riots at Hatfield Federal Courthouse (Photo)

PORTLAND, Ore.—U.S. Attorney Billy J. Williams announced today that seven people have been arrested and face federal charges for their roles in weekend riots at the Mark O. Hatfield U.S. Courthouse in Portland.

According to court documents, since May 26, 2020, protests in downtown Portland have regularly been followed by nightly criminal activity including assaults on law enforcement officers, destruction of property, looting, arson, and vandalism.

Rowan Olsen, 19, of Portland, is charged with disorderly conduct, creating a hazard on federal property, and failing to obey a lawful order; Shant Singh Ahuja, 28, of Oceanside, California, is charged with destruction of federal property; and Andrew Steven Faulkner, 24, of Beaverton, Oregon; Gretchen Margaret Blank, 29, of Seattle, Washington; Christopher Fellini, 31, of Portland; Cody Porter, 28, of Portland; and Taimane Jame Teo, 24, of Eugene, Oregon, are charged with assaulting federal officers.

The Hatfield Federal Courthouse has been a repeated target of vandalism, sustaining extensive damage. U.S. Marshals Service deputies and officers from the Federal Protective Service, Homeland Security Investigations, and U.S. Customs and Border Protection working to protect the courthouse have been subjected to threats; aerial fireworks including mortars; high intensity lasers targeting officers' eyes; thrown rocks, bottles, and balloons filled with paint from demonstrators while performing their duties.

On July 2-3, 2020, Olsen is accused of using his body to push on and hold a glass door at the Hatfield Courthouse closed, preventing officers from exiting the building and causing the door to shatter. With the door broken, a mortar firework entered the courthouse, detonating near the officers. The officers used shields and their bodies to block the open doorway for approximately six hours until demonstrators dispersed.

On July 4, 2020, Ahuja is accused of willfully destroying a closed-circuit video camera mounted on the exterior of the Hatfield Courthouse.

On July 5, 2020, Blank is accused of assaulting a federal officer with a shield while the officer was attempting to arrest another protestor.

On July 5-6, 2020, Faulkner, Fellini, Porter, and Teo are accused of assaulting federal officers with high intensity lasers. At the time of his arrest, Faulkner also possessed a sheathed machete.

All seven defendants made their first appearances in federal court on July 6, 2020 and were released pending trial.

A criminal complaint is only an accusation of a crime, and a defendant is presumed innocent unless and until proven guilty.

These cases are being investigated jointly by the U.S. Marshals Service; FBI; U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives; Federal Protective Service; U.S. Customs and Border Protection; and Homeland Security Investigations.

The year 2020 marks the 150th anniversary of the Department of Justice.  Learn more about the history of our agency at www.Justice.gov/Celebrating150Years.


Glass courthouse door broken by Olsen


Pyrotechnic mortar exploding in courthouse lobby after glass door was broken by Olsen


Fellini possessions seized during arrest

Topic(s):


Front of shield used by Blank to assault federal officer


Back of shield use by Blank to assault federal officer

**Topic(s):**

Violent Crime

**Component(s):**
USAO - Oregon

Updated July 7, 2020