AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| Rosenblum et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:20-cv-01161-MO |
| John Does 1-10 et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Defendants.

Date:   07/21/2020

/s/ David M. Morrell
*Attorney's signature*

David M. Morrell, DC Bar # 1013411
*Printed name and bar number*

Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530
*Address*

david.m.morrell@usdoj.gov
*E-mail address*

(202) 353-2793
*Telephone number*

(202) 305-8470
*FAX number*