ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
STEVEN M. LIPPOLD, OSB #903239
Chief Trial Counsel
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
         Steve.Lippold@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN F. ROSENBLUM, Oregon Attorney General,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10; the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; the UNITED STATES MARSHALS SERVICE and the FEDERAL PROTECTIVE SERVICE,<br><br>Defendants. | Case No.  3:20-cv-01161-MO<br><br>PROOF OF SERVICE (FPS) |

Page 1 -   PROOF OF SERVICE (FPS)
         10345157-v1/SP3/db5

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Attached here to is the executed Proof of Service form showing service of the United States with respect to Defendant the **Federal Protective Services**, pursuant to Fed. R. Civ. Pro. 4(i)(2).

DATED July 22, 2020.

    Respectfully submitted,

    ELLEN F. ROSENBLUM
    Attorney General

    *s/ Sheila H. Potter*
    SHEILA H. POTTER #993485
    Deputy Chief Trial Counsel
    STEVEN M. LIPPOLD, OSB #903239
    Chief Trial Counsel
    Trial Attorneys
    Tel (971) 673-1880
    Fax (971) 673-5000
    Sheila.Potter@doj.state.or.us
    Steve.Lippold@doj.state.or.us
    Of Attorneys for Plaintiff

Page 2 -   PROOF OF SERVICE (FPS)
    10345157-v1/SP3/db5

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____Federal Protective Services_____
was received by me on *(date)* ___07/20/2020___ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sarah Hengel at US Atty Office 1000 SW 3rd, Portland OR , who is
designated by law to accept service of process on behalf of *(name of organization)* ___the United States___
_____ on *(date)* ___July 20, 2020___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___7/22/2020___

*Server's signature*

Conner Meling, Office Specialist 1
*Printed name and title*

State of Oregon Department of Justice
100 SW Market Street
Portland OR 97201
*Server's address*

Additional information regarding attempted service, etc:

Attachment 1, Page 1 of 1