ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
STEVEN M. LIPPOLD, OSB #903239
Chief Trial Counsel
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
            Steve.Lippold@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN F. ROSENBLUM, Oregon Attorney General,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-10; the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; the UNITED STATES MARSHALS SERVICE and the FEDERAL PROTECTIVE SERVICE,<br><br>　　　　　Defendants. | Case No.  3:20-cv-01161-MO<br><br>PROOF OF SERVICE (CBP) |

Page 1 -    PROOF OF SERVICE (CBP)
            10345162-v1/SP3/db5

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Attached here to is the executed Proof of Service form showing service of the United States with respect to Defendant the **United States Customs and Border Protection**, pursuant to Fed. R. Civ. Pro. 4(i)(2).

DATED July 22, 2020.

                                        Respectfully submitted,

                                        ELLEN F. ROSENBLUM
                                        Attorney General

                                        *s/ Sheila H. Potter*
                                        SHEILA H. POTTER #993485
                                        Deputy Chief Trial Counsel
                                        STEVEN M. LIPPOLD, OSB #903239
                                        Chief Trial Counsel
                                        Trial Attorneys
                                        Tel (971) 673-1880
                                        Fax (971) 673-5000
                                        Sheila.Potter@doj.state.or.us
                                        Steve.Lippold@doj.state.or.us
                                        Of Attorneys for Plaintiff

Page 2 -   PROOF OF SERVICE (CBP)
               10345162-v1/SP3/db5

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Customs and Border Protection
was received by me on *(date)* 7/20/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sarah Hengel at US Atty Office 1000 SW 3rd, Portland OR who is designated by law to accept service of process on behalf of *(name of organization)* the United States on *(date)* July 20, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/22/2020

*Server's signature*

Conner Meling, Office Specialist 1
*Printed name and title*

State of Oregon Department of Justice
100 SW Market Street
Portland OR 97201
*Server's address*

Additional information regarding attempted service, etc: