JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
BILLY J. WILLIAMS
United States Attorney
DAVID M. MORRELL
Deputy Assistant Attorney General
ALEXANDER K. HAAS
Director, Federal Programs Branch
BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:    (202) 616-5084
Fax:    (202) 616-8470

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| ELLEN ROSENBLUM, Oregon Attorney General,<br><br>Plaintiff.<br><br>v.<br><br>JOHN DOES 1-10, *et al.*,<br><br>Defendants. | Case No. 3:20-cv-01161<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID MORRELL** |

In accordance with Local Civil Rule 83-11(b), David Morrell hereby withdraws his appearance on behalf of the Defendants in the above-captioned case because he is leaving the Department of Justice on September 11, 2020, and will no longer have responsibility for this case. Defendants will continue to be represented by other attorneys at the Department of Justice who have entered appearances in this case.

Dated: September 11, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

BILLY J. WILLIAMS
United States Attorney

DAVID M. MORRELL
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

/S/ *Andrew I. Warden*
ANDREW I. WARDEN (IN #23840-49)
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel.:   (202) 616-5084
Fax:   (202) 616-8470

*Attorneys for Defendants*

NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID MORRELL – 1