ELLEN F. ROSENBLUM
Attorney General
SHEILA H. POTTER  #993485
Deputy Chief Trial Counsel
STEVEN M. LIPPOLD, OSB #903239
Chief Trial Counsel
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sheila.Potter@doj.state.or.us
        Steve.Lippold@doj.state.or.us

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ELLEN F. ROSENBLUM, Oregon Attorney General,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN DOES 1-10; the UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; the UNITED STATES MARSHALS SERVICE and the FEDERAL PROTECTIVE SERVICE,<br><br>            Defendants. | Case No.  3:20-cv-01161-MO<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

In light of the defendant agencies having evidently ceased the conduct at issue in the Complaint, and pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Ellen F. Rosenblum hereby dismisses this action without prejudice.

Page 1 -   PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
           SP3/db5/#10438651-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

DATED September  16  , 2020.

                                            Respectfully submitted,

                                            ELLEN F. ROSENBLUM

                                            *s/ Sheila H Potter*
                                            SHEILA H. POTTER #993485
                                            Deputy Chief Trial Counsel
                                            STEVEN M. LIPPOLD, OSB #903239
                                            Chief Trial Counsel
                                            Trial Attorneys
                                            Tel (971) 673-1880
                                            Fax (971) 673-5000
                                            Sheila.Potter@doj.state.or.us
                                            Steve.Lippold@doj.state.or.us
                                            Of Attorneys for Plaintiff

Page 2 -   PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
            SP3/db5/#10438651-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000